JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROY RANDALL GUSTAFSON,  ) Case No. EDCV 13-1737-JLS (DTB)
) 
    Petitioner, )
) **JUDGMENT**
    vs. )
)
DAVID B. LONG, Warden, )
)
    Respondent. )

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 18, 2014

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1